

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

    v.

AALIYAH M. PRUITT

Case No. 2:26 mj 19
Court Date: February 4, 2026

CRIMINAL INFORMATION

Misdemeanor - Violation Notice E1530987

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 16, 2025, at Naval Station Norfolk, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, AALIYAH M. PRUITT did unlawfully assault S.N., by striking S.N. on the face and neck with her hand.

(In violation of Title 18, United States Code, Section 113(a)(4).)

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____
Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

CERTIFICATE OF MAILING

    I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley J. Young*

Ashley J. Young
Special Assistant U.S. Attorney
U.S. Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Phone: (757) 441-6712
Email: Ashley.Young@usdoj.gov

**21 January 2026**

Date